UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 Case |
| **HILARY MASON,** | : | |
| Debtor. | : | Case No. 05-32743 KJC |

PRAECIPE TO WITHDRAW
<u>TRUSTEE'S REPORT OF NO DISTRIBUTION</u>

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

In view of the ongoing investigation into this case by the Office of the United States Trustee, kindly withdraw the Trustee's Report of No Distribution filed by the Chapter 7 Trustee in this case, having been filed on October 26, 2005.

/s/ Marvin Krasny
MARVIN KRASNY, TRUSTEE

Dated: November 2, 2005